MICHAEL J. REISER, ESQ. (SBN 133621)
LILIA BULGUCHEVA, ESQ. (SBN 291374)
LAW OFFICE OF MICHAEL J. REISER
961 Ygnacio Valley Road
Walnut Creek, California 94596
Telephone: (925) 256-0400
Facsimile:  (925) 476-0304
Email: reiserlaw@gmail.com
Email: lilia.reiserlaw@gmail.com

TYLER R. MEADE, ESQ. (SBN 160838)
MELISSA RIESS (SBN 295959)
THE MEADE FIRM P.C.
1816 Fifth Street
Berkeley, CA 94710
Telephone: (510) 843-3670
Facsimile:  (510) 843-3679
Email: tyler@meadefirm.com
Email: melissa@meadefirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN BHAGAT and ANITA MANWANI, individually and as Trustees of the Bhagat Family Trust; JAY A. MORGESON and DONNA L. MORGESON; and JOSEPH TAN, individually and as Trustee of the Joseph Tan Revocable Trust,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation; MARRIOTT OWNERSHIP RESORTS, INC., a Delaware corporation d.b.a. Marriott Vacation Club International; RITZ-CARLTON DEVELOPMENT COMPANY, INC., a Delaware corporation; RITZ-CARLTON SALES COMPANY, INC., a Delaware corporation; RITZ-CARLTON | Case No. 2:16-cv-01465-JAM-AC<br><br>**NOTICE OF RELATED CASE** |

- 1 -
NOTICE OF RELATED CASE

MANAGEMENT COMPANY, LLC,
a Delaware limited liability company; THE
COBALT TRAVEL COMPANY, LLC, a
Delaware limited liability company; and
DOES 1 THROUGH 50,

        Defendants.

Plaintiffs file this notice of related case pursuant to Local Rule 123(b). The above-entitled matter is closely related to *Reiser, et al. v. Marriott Vacations Worldwide Corporation, et al.* (Case No. 2:16-CV-00237-MCE-CKD). In the present case, the buyers of three additional fractional interests assert the same claims against the same defendants. Indeed, as noted in footnote 3 of the complaint filed in the present case, the operative complaints in the two cases are nearly identical. *See* Dkt. No. 1 at p. 2 of 24, n. 3.

DATED: June 29, 2016        Respectively submitted,

        LAW OFFICE OF MICHAEL J. REISER

        THE MEADE FIRM P.C.


        By: */s/ Tyler Meade*
           TYLER MEADE
           Attorneys for Plaintiffs