KURT A. KAPPES (SBN 146384)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: (916) 442-1111
Facsimile (916) 448-1709
kappesk@gtlaw.com

PHILIP R. SELLINGER (SBN 226468)
IAN S. MARX
(*pro hac vice* application forthcoming)
GREENBERG TRAURIG, LLP
500 Campus Drive
Florham Park, NJ 07932-0677
Telephone: (973) 360-7918
Facsimile: (973) 295-1318
sellingerp@gtlaw.com

Attorneys for Defendants
Marriott Vacations Worldwide Corporation,
Marriott Ownership Resorts, Inc., The Ritz-Carlton
Development Company, Inc., The Ritz-Carlton Sales
Company, Inc., The Ritz-Carlton Management Company,
LLC, and The Cobalt Travel Company, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARJUN BHAGAT and ANITA MANWANI, individually and as Trustees of the Bhagat Family Trust; JAY A. MORGESON and DONNA L. MORGESON; and JOSEPH TAN, individually and as Trustee of the Joseph Tan Revocable Trust,<br><br>　　　Plaintiffs,<br><br>v.<br><br>MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation; MARRIOTT OWNERSHIP RESORTS, INC., a Delaware corporation d.b.a. Marriott Vacation Club International; RITZ-CARLTON DEVELOPMENT COMPANY, INC., a Delaware corporation; RITZ-CARLTON SALES COMPANY, INC., a Delaware corporation; RITZ-CARLTON MANAGEMENT COMPANY, LLC, a Delaware limited liability company; THE COBALT TRAVEL COMPANY, LLC, a Delaware limited liability company; and DOES 1 THROUGH 50,<br><br>　　　Defendants. | CASE NO. 2:16-cv-01465-MCE-CKD<br><br>**ORDER**<br><br>[Stipulation Regarding Defendants' Response to the Complaint filed herewith] |

**[PROPOSED] ORDER**

Based on the parties' Stipulation, dated November 10, 2016, and finding that good cause exists, the Court hereby orders:

1. Defendants' currently pending Motion to Dismiss the Second Amended Complaint in *Reiser, et al. v. Marriott Vacations Worldwide Corporation, et al.*, Case No. 2:16-cv-00237-MCE-CKD ("the *Reiser* Motion to Dismiss") shall constitute Defendants' response to the Complaint filed in this matter on June 28, 2016 (Dkt. No. 1) ("the *Bhagat* Complaint"); and

2. All submissions by the parties in connection with the *Reiser* Motion to Dismiss shall be deemed applicable to this case.

**IT IS SO ORDERED.**

Dated: November 17, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE