# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arjun Bhagat, et al., <br><br> Plaintiff, <br><br> v. <br><br> Marriott Vacations Worldwide Corporation, et al., <br><br> Defendant. | No. 16-cv-01465-MCE-CKD <br><br> No. 16-cv-00237-MCE-CKD <br><br> No. 17-cv-00952-MCE-CKD <br><br> **RELATED CASE ORDER** |

The Court received the Notices of Related Cases filed May 18 and June 5, 2017. Examination of the above-entitled actions reveals that all three actions are related within the meaning of Local Rule 123(a), E.D. Cal. (1997). The actions involve the same defendants and are based on the same or similar claims, the same property transaction or event, and similar questions of fact and the same questions of law.

Because the cases are already assigned to the same district judge, this Order is issued for informational purposes only and shall have no effect on the status of the cases.

IT IS SO ORDERED.

Dated: June 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE